**MINUTE ENTRY**
**ROBY, M. J.**
**December 17, 2014**

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

**TOTAL SAFETY U.S., INC.**                                  **CIVIL ACTION**

**VERSUS**                                        **NO:     14-0645-JWD-RLB**

**24 HR SAFETY, LLC, ET AL**

A Settlement Conference was held on this date in the above referenced case as well as **Civil Action 2:13-cv-06109-ILRL-KWR in the Eastern District of Louisiana**.  Participating were: Thomas P. Hubert and Joseph F. Lavigne representing the plaintiff, Thomas J. McGoey, II representing the defendant Gary Rowland, and Christine S. Keenan representing the defendant 24Hr Safety, LLC.  Negotiations were successful and a settlement was reached.  The agreement was recorded by Court Reporter Cathy Pepper, (504) 589-7779.  Joe Waiter on behalf of the plaintiff, Gary Rowland the defendant, and  Amy Hains on behalf of the defendant 24Hr Safety participated in the settlement agreement on the record.

The parties reached an agreement regarding the monetary provisions.  However they will be working on the non-monetary components of the agreement for the next thirty (30) days.  A follow up minute entry will be issued indicating that the terms of the settlement have been confected and a dismissal is appropriate.

**CLERK TO NOTIFY:**
**District Judge John W. deGravelles**
**Magistrate Judge Richard L. Bourgeois, Jr.**

**MJSTAR:  02:24**