UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TOTAL SAFETY U.S., INC.,

VERSUS

24HR SAFETY, LLC, AMY HAINS and
TODD DARTEZ

CIVIL ACTION

NO. 14-cv-645-JWD-RLB

### O R D E R

While the parties are confecting a settlement in this matter:

**IT IS ORDERED** that the clerk administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

Signed in Baton Rouge, Louisiana, on May 7, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA